IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-20119-02-JWL |
| ) | |
| ROGELIO AMADA LAMAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

## **MEMORANDUM AND ORDER**

This matter is presently before the court on the defendant's motion for an order requiring Lexis to remove any and all opinions regarding the defendant's case from its electronic database (doc. 281). The motion must be dismissed for lack of jurisdiction. Even a pro se defendant has an affirmative obligation to inform the court of the basis for the court's jurisdiction. *See United States v. Woods*, 2016 WL 3457754, at *2 (10th Cir. June 21, 2016) (vacating district court's order with directions to dismiss the motion because the defendant had not identified a basis for the court's jurisdiction to order a nonparty to take certain acts). The defendant here has not identified a basis for the court's jurisdiction to order Lexis to remove opinions from its database. And the court can discern no such basis for its jurisdiction to do so. The motion, then, is dismissed for lack of jurisdiction.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion for order (doc. #281) is hereby **dismissed.**

**IT IS SO ORDERED.**

Dated this 13th day of October, 2020, at Kansas City, Kansas.

*s/ John W. Lungstrum*
John W. Lungstrum
United States District Judge
