IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-20119-02-JWL |
| ) | |
| ROGELIO AMADA LAMAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

### **MEMORANDUM AND ORDER**

This matter is again before the court on a motion filed by defendant seeking an order from the court requiring Lexis to remove any and all opinions regarding the defendant's case from its electronic database (doc. 283). As the court noted in its prior order, the court has no jurisdiction to enter the order defendant seeks. While defendant articulates concerns for his safety and the safety of his family, those concerns do not provide a basis for the court to enter the order. The motion must be dismissed for lack of jurisdiction.

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant's motion for order (doc. #283) is hereby **dismissed.**

**IT IS SO ORDERED.**

Dated this 26th day of October, 2020, at Kansas City, Kansas.

*s/ John W. Lungstrum*
John W. Lungstrum
United States District Judge
